STATE of Missouri,
Plaintiff/Respondent,

v.

Jackie GRAHAM, Defendant/Appellant.

No. ED 76774.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 26, 2000.

Richard P. Hereford, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before: ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Defendant, Jackie Graham, appeals from the judgment entered on a jury verdict finding him guilty of six counts of forcible sodomy in violation of section 566.060 RSMo 1994, on which he was sentenced to a total of forty-four years' imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).